No. 95–631. BRANDT, ADMINISTRATOR OF THE INVESTMENT PLUS PLAN OF THE SOUTHEAST BANKING CORP. v. WEINER

ET AL. C. A. 11th Cir. Certiorari denied.